UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

LAURENCE KEITH ALLEN,

               Defendant.

No. 16-cr-522-43 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

In order to ensure that the parties have sufficient time to review the Probation Office's Final Presentence Investigation Report, which will be disclosed by July 14, 2021, IT IS HEREBY ORDERED THAT Defendant's sentencing will take place on Tuesday, August 3, 2021 at 2:00 p.m. IT IS FURTHER ORDERED THAT Defendant shall file his sentencing submission by July 21, 2021, and the government shall file its sentencing submission by July 28, 2021.

In addition, in light of the COVID-19 pandemic, Defendant shall include in his sentencing submission a letter to the Court indicating whether Defendant prefers to appear in-person or remotely via ZoomGov videoconference. If Defendant wishes to proceed remotely, he must explain why a remote sentencing would be in the interest of justice in light of the CARES Act. CARES ACT, PL 116-136, § 15002(b)(2)(A) (2020).

SO ORDERED.

Dated:    June 29, 2021
              New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation