UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>LAURENCE KEITH ALLEN,<br><br>Defendant. | No. 16-cr-522-43 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT Defendant's sentencing, which was originally scheduled for August 3, 2021 at 2:00 p.m., shall be postponed for one hour and take place on August 3, 2021 at 3:00 p.m.

SO ORDERED.

Dated:    August 2, 2021
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation